1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD,

11           Plaintiff,                    No. CIV S-06-1709 FCD PAN P

12      vs.

13   WILTREE, et al.,

14           Defendants.              <u>ORDER</u>

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six-month period immediately

21   preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1.  Plaintiff shall submit, within thirty days from the date of this order, a

3 completed affidavit in support of his request to proceed in forma pauperis on the form provided

4 by the Clerk of Court;

5       2.  The Clerk of the Court is directed to send plaintiff a new Application to

6 Proceed In Forma Pauperis By a Prisoner; and

7       3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8 copy of his prison trust account statement for the six month period immediately preceding the

9 filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10 recommendation that this action be dismissed without prejudice.

11 DATED: August 4, 2006.

12

13

UNITED STATES MAGISTRATE JUDGE

14

15 14/mp

16 winf1709.3c+new

17

18

19

20

21

22

23

24

25

26