IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

        Plaintiff,                    No. CIV S-06-1709 FCD EFB P

        vs.

WILTREE, et al.,

        Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis*. See 42 U.S.C. § 1983; 28 U.S.C. § 1915. On October 18, 2006, plaintiff filed a request for voluntary dismissal of this action. That request will be granted. Plaintiff also requested that the court order the California Department of Corrections and Rehabilitation to not collect the filing fee assessed in this case. Plaintiff incurred the obligation to pay this filing fee when his request to proceed *in forma pauperis* was granted[1]; therefore, that request is denied.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 18, 2006, request for voluntary dismissal of this action is granted.

      2. Plaintiff's October 18, 2006, request for a refund of the filing fee assessed in this action is denied.

---

[1] See the court's order filed September 29, 2006.

1       3.  The Clerk of the Court is directed to terminate this action and close this case.

2 Dated:  November 8, 2006.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE